IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDMUNDO M. COTO, | CASE NO. 7:14CV00685 |
| Plaintiff, | |
| v. | FINAL ORDER |
| HAROLD CLARKE, *ET AL.*, | By: Norman K. Moon |
| | United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Defendants' motion for summary judgment (docket no. 14) is **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983;

2. Plaintiff's claims against his John Doe defendant and his claims` under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c) and 1915A(b)(1); and

3. The clerk **SHALL** strike the case from the active docket of the court and provide the parties with a true copy of the summary judgment opinion entered this day in the related case of *Peters v. Clarke*, No. 7:14CV00598.

ENTER: This 26th day of August, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE